1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHNATHAN WAYNE PETERSON,                No.  2:14-cv-2659 CKD P

12              Petitioner,

13         v.                                  ORDER

14   DAVE DAVIES,

15              Respondent.

16

17         Petitioner has requested that the court issue an expedited decision with respect to his

18   petition for writ of habeas corpus.  Because the matter is not yet submitted to the court for

19   decision, the court cannot issue an expedited ruling.  Further, petitioner has not demonstrated

20   good cause to require respondent to file his answer any earlier than the January 18, 2015 deadline

21   currently in place.  Accordingly, IT IS HEREBY ORDERED that petitioner's request that the

22   court issue an expedited decision with respect to his petition for writ of habeas corpus (ECF No.

23   7) is denied.

24   Dated:  December 16, 2014

25                                    _____
                                     CAROLYN K. DELANEY
26                                    UNITED STATES MAGISTRATE JUDGE

27   1
     pete2659.exp
28