UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN WAYNE PETERSON,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>DAVE DAVIES,<br><br>　　　　　　　Respondents. | No. 2:14-cv-2659 KJM CKD P<br><br><br><br>ORDER |

　　　　Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed September 20, 2015 the court determined that the interests of justice might require appointment of counsel and referred the matter to the Office of the Federal Defender to determine whether petitioner is financially eligible for such appointment. *See* ECF No. 22 at 2. On October 13, 2015, the Federal Defender reported to the court that petitioner is financially eligible for appointment of counsel. ECF No. 23. The court now finds that in light of the complexity of the issues presented the interests of justice require appointment of counsel. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The Federal Defender is appointed to represent petitioner.

/////

1

2. The Clerk of the Court is directed to serve a copy of this order on the Federal Defender Attention:  Habeas Appointment.

3. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

4. Within thirty days from the date of this order the parties shall file a joint status report addressing the following matters:

    a.  Discovery and investigations;

    b.  Anticipated motions; and

    c.  Further briefing on petitioner's claim.

DATED: October 28, 2015

_____
UNITED STATES DISTRICT JUDGE